UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

HANNAHAN ENDODONTIC GROUP,

        **Plaintiff,**

        v.                                          Case No. 15-CV-1038

INTER-MED INC,

        **Defendant.**

## ORDER OF DISMISSAL

Based upon the stipulation of the parties (ECF No. 25), and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed with prejudice and without costs for either party.

**SO ORDERED**.

Dated at Milwaukee, Wisconsin this 4th day of January, 2017.

_____
WILLIAM E. DUFFIN
U.S. Magistrate Judge